No. 1098. DeStefano v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied. *Julius Lucius Echeles* for petitioner.

No. 166, Misc. Houston v. Oliver, Warden. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Raymond M. Momboisse* and *Daniel J. Kremer,* Deputy Attorneys General, for respondent.

No. 442, Misc. Young v. United States. C. A. D. C. Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 767, Misc. Ellenburg v. Iowa. Sup. Ct. Iowa. Certiorari denied. *Richard C. Turner,* Attorney General of Iowa, and *David A. Elderkin,* Assistant Attorney General, for respondent.

No. 818, Misc. Outing v. North Carolina. C. A. 4th Cir. Certiorari denied. *Emanuel Emroch* for petitioner. *Thomas Wade Bruton,* Attorney General of North Carolina, *Andrew A. Vanore, Jr.,* and *Ralph A. White, Jr.,* for respondent.

No. 875, Misc. Adams v. United States. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 893, Misc. Buckley, aka Grayson v. United States. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.